IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                                  )
       v.                   )        CASE NO. 1:17-CR-11-WKW
                                  )              [WO]
DEAMPRET LEON MILLER    )

## ORDER

On November 8, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 147.) Upon an independent review of the record, it is ORDERED as follows:

(1)    The Recommendation (Doc. # 147) is ADOPTED; and

(2)    Defendant's motion to suppress (Doc. # 98) is GRANTED.

DONE this 25th day of November, 2019.

                              /s/ W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE